# EXHIBIT 1



**City and County of Denver**
**Department of Human Services**
Records Unit

1200 Federal Blvd.
Denver, CO 80204
p: 720-944-2143
f: 720-944-3074

## CONFIDENTIAL INFORMATION AUTHORIZATION FORM

This form serves as a request to the Denver Department of Human Services to provide a client with the opportunity to access his/her own confidential information or the confidential information of his/her minor child(ren), excluding medical records. (Medical records must be requested directly from the provider.)

A fully completed and signed form must be received prior to consideration of the information request. Upon receipt, we will determine if the information is available and permissible to provide. Upon determination that we possess information that is permissible to provide, we will contact you with a cost estimate for providing the requested information. Please know that we must receive payment in full, in the form of a check or money order, prior to our producing and providing the requested information. **Costs for researching and redacting records are $30.00 per hour after the 1st hour and $0.25 a page.**
.

**DATE:** _____

**INFORMATION REGARDING THE INDIVIDUAL/CLIENT WHOSE INFORMATION IS REQUESTED:**

Name: _____     Date of Birth (mm/dd/yyyy): _____

Household #, Client ID#, and/or Social Security Number: _____
(Used for identity verification purposes only.)

Relationship to requestor of records: _____

**YOU MUST PROVIDE THE FOLLOWING IN ORDER TO RECEIVE COPIES OF RECORDS:**
- A SIGNED and completed "Confidential Information Authorization Form"
- A legible, clean copy of requestor's government issued photo identification

**I AM REQUESTING THE FOLLOWING INFORMATION:** *(Please check all that apply)*
- ☐ Information related to my child welfare/protection services.
- ☐ Information related to my financial program assistance (TANF, OAP, etc).
- ☐ Information related to my Food Stamps/SNAP program assistance.
- ☐ Information related to my medical program assistance (Medicaid, OAP Health Care, etc.) (This information may include information related to client's medical conditions, history and/or treatment.)
- ☐ Information related to my LEAP program assistance.
- ☐ Information related to my child care services (CCAP).
- ☐ Information related to my education (only if provided by DDHS).
- ☐ Other (Please be specific): _____

DENVER 009

Give a brief description as to why the requested records are needed:

List any case numbers the request is in reference to:

**ACKNOWLEDGMENT**
*Please initial to acknowledge the following:*

_____ I understand the Denver Department of Human Services will ONLY disclose information created by the Department or on the Department's behalf, and will only disclose information in its final form.

_____ I understand the Denver Department of Human Services has no control over information once it has been disclosed to a third party, and cannot protect the information if I release the information to any third parties.

_____ I understand the Denver Department of Human Service has sixty (60) days in which to comply with my request for information.

Requestor's Printed Name:

Requestor's Mailing Address:

City/State/Zip Code:

Requestor's Daytime Phone #

**Requestor's Signature:**

**Date:**

*Legal Guardian, Power of Attorney, or equivalent may sign on behalf of adult client. Documentation providing legal authority must be provided.*

**NOTES/ADDITIONAL INFORMATION FOR CONSIDERATION:**