# EXHIBIT 2

STAGE 1 FIRE RESTRICTIONS IN PLACE FOR UNINCORPORATED DOUGLAS COUNTY
(https://www.douglas.co.us/stage-1-fire-restrictions-in-place-for-unincorporated-douglas-county-4/)

Menu

(https://www.douglas.co.us)   section menu   contact info

# Records Request for Child Welfare Records


(https://www.douglas...priorities/partnering-to-make-sure-no-one-falls-through-the-cracks/)

If you are a parent, Guardian ad Litem or CASA that has an ongoing official capacity with Douglas County DHS regarding children and records, we will maintain a copy of your professional ID/business card on file (one time need). If you have already provided this for our records, please disregard.

Records will be held in our office for 60 days after receipt of this notice. After 60 days, the record will be destroyed. You will need to make a new request in order to retrieve the record.

Douglas County Department of Human Services does not have the legal responsibility or right to release records authored or produced by outside agencies or other jurisdictions. You must request those records directly from the source that produced them.

Your request may result in a fee.  You will be provided an estimated amount before we begin copying records.  If you approve the estimate, you will be required to pay the fee prior to the documents being provided.  You may pay online at **Douglas County Online Payment Service (http://msbpay.com/DouglasCountyHumanServices/)**.

**Date Requested ***

**Name of Individual Requesting Records ***

First

Last

**Phone Number ***

**Email**

**Relationship to Child ***

**Name of Adults / Children Involved: ***

## Confidentiality Statement

The Department requires an Acknowledgment of Confidentiality (see below) to be signed prior to releasing any record.

C.R.S. 19-1-307 (4)Any person who improperly releases or who willfully permits or encourages the release of data or information contained in the records and reports of child abuse or neglect to persons not permitted access to such information by this section or by section 19-1-303 commits a class 1 misdemeanor and shall be punished as provided in section 18-1.3-501. Please ensure that should you release records, it is in accordance with legal confidentiality guidelines and privilege requirements.

## Parents/Guardians/Legal Custodians:

All records obtained through the Douglas County Department of Human Services are strictly confidential. Once you obtain records it is your responsibility to maintain confidentiality and privilege in accordance with legal parameters. Records may be picked up in person at our office or emailed to the requester after the Acknowledgment of Confidentiality and a proper, clear photo ID is received by the record custodian. Please also submit a copy of your driver's license, legal identification card to provide proof of identity. Requests will not be reviewed or processed until this is received.

## Professionals: Private Attorney's, CFI/Parental Evaluator's, etc.

may not obtain the report from their client(s) and are required to subpoena the department or provide their court order of appointment and release of information signed by both legal parents/guardians. **19-1-103 outlines the need to know this information and our authority to release such records. You may want to ensure that anyone to whom the information is released is informed that they have a legal obligation to maintain the confidentiality of that information. You or your agency could be held responsible for wrongful disclosure. Records will be processed in accordance with subpoena requirements and discovery rules. Otherwise, you will be notified when your records are ready for pick up and or release, we will request an appointment for pick-up be made unless the record is able to be electronically released.

## Law Enforcement/District Attorney/Other DHS Jurisdictions:

Outside situations where records are needed due to a child protection emergency, the completion of this formal request is required in order to accurately track records requests. A formal request on letterhead may be needed depending on the information requested.

### Guardian Ad Litem/CASA: *

Upon official appointment through an active Dependency and Neglect Case or Juvenile Delinquency Case, please complete this form each time records are needed. Records will be processed as soon as the workload allows and dependent on access to complete relevant documentation. Should you be requesting a specific document, please outline that below: Enter text below.

## Acknowledgement of Confidentiality

### I am… *

Choose one of the choices below.

☐ **Parent / Legal Custodian / Gaurdian**

☐ **Attorney**

☐ **Guardian Ad Litem**

☐ **Client**

☐ **Law Enforcement**

☐ **CFI**

☐ **PRE**

☐ **Other Human Service Agency**

I have requested access to information in the Douglas County Department of Human Services files pertaining to an investigation of child abuse or neglect. I acknowledge that the information may not be disseminated or disclosed publicly for any reason as a professional agent.

**Please state the reason(s) why you are requesting this information: \***

**By selecting agree below, I acknowledge that I am aware of the confidentiality requirements concerning any information I have obtained from the Department of Human Services and agree to keep such information confidential. \***

☐ Agree

☐ Disagree

Submit



Your County. Your News. Get it first.

Sign Up Now ❯ (http://eepurl.com/sX7pX)

100 Third Street,
Castle Rock, Colorado 80104
(https://www.google.com/maps/place/100+3rd+St,+Castle+Rock,+CO+80104/@39.371961,-104.862334,17z/data=!3m1!4b1!4m2!3m1!1s0x876c983ddb201975:0x85e700…)
303.660.7400
(tel:303.660.7400)
TTY 303.663.7791
(tel:TTY 303.663.7791)

### Connect With Us


(https://www.facebook.com/Douglascountygov) (https://twitter.com/douglasCOEDbUSUEiM_XAYsoxAIIw)
(https://www.linkedin.com/company/douglas-county?trk=fc_badge) (https://www.youtube.com/user/agency/douglas-county-government)

Privacy Policy / Legal (https://www.douglas.co.us/privacy-policy/)

Copyright © September 2018 Douglas County Government (https://www.douglas.co.us)
Web Development by **Infomedia (https://infomedia.com)**