IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 19-cv-03450-RBJ

JESSICA PECK,

    Plaintiff,

v.

BETH McCANN, in her official capacity as the District Attorney of the Second Judicial District, State of Colorado, and;
MICHELLE BARNES, in her official capacity as the Executive Director of the Colorado Department of Human Services,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to the ORDER of Judge R. Brooke Jackson entered on March 11, 2021 [ECF No. 77] it is

ORDERED that the defendant Beth McCann's Motion for Summary Judgment [ECF No. 65] and the defendant Michelle Barnes' Motion for Summary Judgment [ECF No. 66] are DENIED.  It is

FURTHER ORDERED that the plaintiff's Motion for Summary Judgment [ECF No. 67] is GRANTED. It is

FURTHER ORDERED that enforcement of § 19-1-307(1)(c) and (4) is enjoined. It is

FURTHER ORDERED that judgment is entered in favor of the plaintiff and against the defendant. It is

FURTHER ORDERED that, as the prevailing party, the plaintiff is awarded its reasonable costs to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of March, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes

J. Dynes
Deputy Clerk