IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 19-cv-03450-RBJ

JESSICA PECK,

    Plaintiff,

v.

BETH McCANN, in her official capacity as the District Attorney of the Second Judicial District, State of Colorado; and
MICHELLE BARNES, in her official capacity as the Executive Director of the Colorado Department of Human Services,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) it is

ORDERED that judgment is entered in favor of the plaintiff, Jessica Peck, and against the defendants Beth McCann, in her official capacity as the District Attorney of the Second Judicial District, State of Colorado, and Michelle Barnes, in her official capacity as the Executive Director of the Colorado Department of Human Services. Specifically, it is ordered that enforcement of Colo. Rev. Stat. § 19-1-307(4) is enjoined for the reasons stated in *Peck v. McCann,* 43 F. 4th 1116 (10th Cir. 2022). It is

FURTHER ORDERED that Colo. Rev. Stat. § 19-1-307(4) is severable from the rest of the statute. It is

FURTHER ORDERED that plaintiff is awarded costs in the amount of $600.00 jointly and severally against both defendants. It is

FURTHER ORDERED that plaintiff is awarded attorney's fees in the amount of $246,025.00 jointly and severally against both defendants.

Dated at Denver, Colorado this 21st day of April, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ M. Smotts
    M. Smotts
    Deputy Clerk